UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 12 AM 9:42
CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| EDWARD MAYNOR | ) | Prohibited Person |

CR418-167

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about September 8, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

**EDWARD MAYNOR,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Winchester, Model 47, .22 caliber rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A True Bill.



_____
Bobby L. Christine
United States Attorney


_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel