CR418- 167

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD MAYNOR | ) | |

**PENALTY CERTIFICATION**

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**Count 1:**   *Possession of Firearm by Prohibited Person*
18 U.S.C. § 922(g)
- Imprisonment of not more than 10 years
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

*However, should defendant be found to have three previous convictions for a violent crime or serious drug offense, or both, committed on occasions different from one another, pursuant to 18 U.S.C. §924(e), the maximum penalties are as follows:*

- Imprisonment of not less than 15 and up to life
- Not more than a $250,000 fine
- Not more than 5 years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Marcela C. Mateo
Assistant United States Attorney