IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR418-167 |
| | ) | |
| EDWARD MAYNOR, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

Before the Court are Defendant's Motion for Release of Records Regarding Probation Officer's Supervision of Defendant Edward Maynor and Service of Subpoena (Doc. 93) and Motion to Amend/Correct Motion for Release of Records (Doc. 94). In his Motion for Release of Records Regarding Probation Officer's Supervision of Defendant Edward Maynor and Service of Subpoena, Defendant seeks the release of any records of the United States Probation Office relevant to whether Louise Hanna Williams discussed whether she had a gun in her home. (Doc. 93 at 3.) Defendant also requests that this Court order the United States Probation Office to advise the United States Marshal's Service where Chambliss Stephens, a retired United States Probation Officer, can be served with a subpoena. (Id.) However, in his Motion to Amend, Defendant advises this Court that retired probation officer Stephens has agreed to accept service of

Defendant's subpoena via e-mail and represents that his request for Stephens's address is moot. (Doc. 94 at 1.)

Defendant's Motion for Release of Records Regarding Probation Officer's Supervision of Defendant Edward Maynor and Service of Subpoena (Doc. 93) and Motion to Amend/Correct Motion for Release of Records (Doc. 94) are both **GRANTED**. Accordingly, this Court **DIRECTS** the United States Probation Office to produce any and all written records regarding any statement by Louise Hanna Williams regarding any firearm present at her residence.

SO ORDERED this 25th day of October 2019.

																			_____
																			WILLIAM T. MOORE, JR.
																			UNITED STATES DISTRICT COURT
																			SOUTHERN DISTRICT OF GEORGIA