IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR418-167 |
| | ) | |
| EDWARD MAYNOR, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Before the Court is Defendant's Motion in Limine Regarding Government's Notice of Intent Pursuant to Fed. R. Evid. 609. (Doc. 98) After filing this motion, however, Defendant entered a negotiated guilty plea in CR419-178. (CR419-178, Doc. 10.) Accordingly, Defendant's motion (Doc. 98) is **DISMISSED AS MOOT.**

SO ORDERED this 18th day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA